GARIN LAW GROUP
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@garinlawgroup.com

*Attorneys for Defendants Newbridge Securities Corporation,
M.S. Howells & Co., and MSH Capital Advisors LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE WHIPPLE, an individual, | Case No: 2:24-cv-01079-RFB-DJA |
| Plaintiff, | |
| vs. | |
| BETSY LOU WHIPPLE, an individual; WARNER WHIPPLE, an individual; NEWBRIDGE SECURITIES CORPORATION, a Virginia Corporation; M.S. HOWELLS & CO., a Delaware Corporation; MSH CAPITAL ADVISORS LLC, a limited liability company of unknown origin; PRIVATE CLIENT SERVICES, LLC, a Kentucky Limited Liability Company; GREENLEAF FINANCIAL NETWORK, LLC, a Kansas Limited Liability Company; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDCE OF DEFENDANTS M.S. HOWELLS & CO. AND MSH CAPITAL ADVISORS, LLC** |
| Defendants. | |

Plaintiff JANE WHIPPLE and Defendants M.S. HOWELLS & CO. and MSH CAPITAL ADVISORS LLC, by and through their respective counsel, hereby stipulate and agree to dismiss these Defendants, without prejudice, and each party is responsible for their own costs and attorneys fees.

///

IT IS SO STIPULATED

DATED this 23rd day of April, 2025.

| GARIN LAW GROUP | JUSTICE LAW CENTER |
|---|---|
| /s/ Joseph P. Garin | /s/ Bret O. Whipple |
| JOSEPH P. GARIN, ESQ. | BRET O. WHIPPLE |
| Nevada Bar No. 6653 | Nevada Bar No. 6168 |
| 9900 Covington Cross Drive, Suite 210 | 1100 S. Tenth Street |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89104 |
| jgarin@garinlawgroup.com | civil@justice-law-center.com |
| *Attorneys for Defendants M.S. Howells & Co., and MSH Capital Advisors LLC* | *Attorneys for Plaintiff Betsy Whipple* |

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

The Court, having reviewed the Stipulation of counsel and being otherwise advised, hereby ORDERS that Defendants M.S. HOWELLS & CO., and MSH CAPITAL ADVISORS LLC, are dismissed without prejudice from this case. The Court FURTHER ORDERS that each party shall be responsible for their own costs and fees.

_____
RICHARD F. BOULWARE, II!
UNITED STATES DISTRICT JUDGE

DATED: This 24th day of March, 2025.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April, 2025, I electronically served the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDCE OF DEFENDANTS M.S. HOWELLS & CO. AND MSH CAPITAL ADVISORS, LLC** upon the following parties through the Court's ECF system:

| | |
|---|---|
| Bret O. Whipple, Esq.<br>JUSTICE LAW CENTER<br>1100 S. Tenth Street<br>Las Vegas, NV 89104<br>civil@justice-law-center.com<br><br>*Attorney for Plaintiff* | Adam J. Pernsteiner, Esq.<br>KEARNEY PUZEY DAMONTE LTD.<br>300 South Fourth Street, Suite 1010<br>Las Vegas, NV 89101<br>apernsteiner@nevadafirm.com<br><br>*Attorneys for Defendant Warner Whipple* |
| Eric W. Swanis, Esq.<br>Akke Levin, Esq.<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br>swanise@gtlaw.com<br>akke.levin@gtlaw.com<br><br>*Attorneys for Private Client Services, LLC* | Gayle Nathan, Esq.<br>Nevada Bar No. 4917<br>ROSENBLUM ALLEN LAW FIRM<br>376 Warm Springs Rd., Suite 140<br>Las Vegas, NV 89119<br>(702) 433-2889<br>staff@rosenblumlawlv.com<br><br>*Attorney for Betsy Lou Whipple* |

*/s/ Michele Stones* _____
An Employee of GARIN LAW GROUP