AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern  District of  Nevada

Jane Whipple, an individual
                Plaintiff (s),
V.
Betsy Lou Whipple, an individual, et al,
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:24-cv-01079-RFB-DJA

Notice is hereby given that, subject to approval by the court, __Jane Whipple__ substitutes
                (Party (s) Name)

__Bret O. Whipple, Esq.__, State Bar No. __6168__ as counsel of record in
(Name of New Attorney)

place of __Gerard Dondero, Esq.__ .
                (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:            Justice Law Center
    Address:               1100 S. Tenth Street, Las Vegas, NV 89104
    Telephone:           (702) 731-0000      Facsimile (702) 974-4008
    E-Mail (Optional):    civil@justice-law-center.com

I consent to the above substitution.
Date: 4/25/2025                                         Jane Whipple
                                                               (Signature of Party (s))

I consent to being substituted.
Date: 4/25/2025                                         /s/ Gerard Dondero
                                                               (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/25/2025
                                                               (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/28/2025
                                                               Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]